IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RECEIVED
OCT 15 2018
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Name and address of Plaintiff:
Thuy Vo KJ8911
175 Progress Drive
Waynesburg, PA 15370

18-1364

v.

Full name, title, and business address
of each defendant in this action:

1. Robert Gilmore (Supt.)
169 Progress Drive
Waynesburg, PA. 15370

2. Michael Zaken (DSFM)
169 Progress Drive
Waynesburg, PA. 15370

3. Stephen Durco (Security Capt)
169 Progress Drive
Waynesburg, PA. 15370

Use additional sheets, if necessary
Number each defendant.

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? SCI-GREENE

What sentence are you serving? Life without parole

What court imposed the sentence? Court of Common Pleas of Bucks County

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs ~~Thuy Vo~~ (N/A)

Defendants ~~Rober Gilmore, Michael Zaken and Stephen Durco~~

2. Court (if federal court, name the district; if state court, name the county) and docket number

3. Name of judge to whom case was assigned __N/A__

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____
   _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

   Where? __SCI-GREENE/PA. State Police__
   When? _____
   Result: __No response__
   _____
   _____

III. What federal law do you claim was violated? __US. Constitution Fourth Amendment/ 18 USCS §1801/ 28 CFR 115.5__

IV. Statement of Claim

   (State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

   A. Date of event: __3-29-18 and 3-31-18__

   B. Place of event: __SCI-Greene; Visiting Strip__

   C. Persons involved—name each person and tell what that person did to you: __All three defendants have initiated the practice of video recording inmates being strip-searched going to and coming from visits, and during urine tests, and while using the bathroom. I went up to a visit, I was being video recorded while I was being stripe searched. The position of the camera was directly above the toilet.__

_____
_____
_____
_____
_____
_____

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where?
   <u>Yes.  SCI-Greene ;  Visiting Strip</u>
   _____

   and answer the following questions:

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X) No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( ) No (X)

   C. If your answer is YES,

      1. What steps did you take? <u>Filed an PREA complaint to:</u>
         PA. State Police

      2. What was the result? No response

   D. If your answer is NO, explain why not: <u>The PREA policy</u>
      <u>supersedes the institutions grievance policy</u>.

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
      Yes (X) No ( )

   F. If your answer is YES,

      1. What steps did you take? N/A

      2. What was the result? N/A

VI. Relief

   <u>State briefly exactly what you want the court to do for you</u>. Make no legal arguments. Cite no cases or statues.

   <u>Order the defendants to immediately cease and desist</u>
   <u>the policy/practice of recording inmates during strip-searches,</u>
   <u>immediately remove the cameras from the visiting strip room,</u>
   <u>grant an injunction barring retaliation, and grant Plaintiff(s)</u>
   <u>monetary damages in the amount of $25,000.00 + punitive damages +</u>
   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND   court fees
   CORRECT.

10-5-18
(Date)

*Ty Vo*
(Signature of Plaintiff)